TRIEF & OLK
TED TRIEF
SHELLY L. FRIEDLAND
9 Kansas St.
Hackensack, NJ  07601
Telephone:  201/343-5770
ttrief@triefandolk.com
sfriedland@triefandolk.com

Local Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURA POTTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>Defendants. | No. 3:15-cv-07658-MAS-LHG<br><br><u>CLASS ACTION</u><br><br>███████ ORDER CONSOLIDATING THE RELATED ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL |

[Caption continued on following page.]

| | |
|---|---|
| LIHAO CHEN, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VALEANT PHARMACEUTICALS )<br>INTERNATIONAL, INC., et al., )<br>)<br>Defendants. )<br>) | No. 3:15-cv-07679-MAS-LHG<br><br><u>CLASS ACTION</u> |
| JUSAN YANG, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VALEANT PHARMACEUTICALS )<br>INTERNATIONAL, INC., et al., )<br>)<br>Defendants. )<br>) | No. 3:15-cv-07746-MAS-DEA<br><br><u>CLASS ACTION</u> |
| ALAN FEIN and ARIEL FEIN, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>VALEANT PHARMACEUTICALS )<br>INTERNATIONAL, INC., et al., )<br>)<br>Defendants. )<br>) | No. 3:15-cv-07809-MAS-LHG<br><br><u>CLASS ACTION</u> |

Having considered the Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel (the "Motion") filed by Teachers Insurance and Annuity Association of America ("TIAA"), College Retirement Equities Fund ("CREF"), TIAA-CREF Funds (including the TIAA-CREF Growth & Income Fund and TIAA-CREF Large-Cap Growth Fund), and TIAA-CREF Life Funds (including the TIAA-CREF Life Growth Equity Fund and TIAA-CREF Life Growth & Income Fund) (collectively, "TIAA-CREF"), and good cause appearing therefor, the Court ORDERS as follows:

1.  The Motion is GRANTED;

2.  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Related Actions are hereby consolidated as *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, Master File No. 3:15-cv-07658-MAS-LHG;

    (a)  The file in Case No. 3:15-cv-07658 shall constitute the master file for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

    (b)  All securities class actions subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order

within ten days after the date on which a copy of this Order is mailed to the party's counsel;

   (c) This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

  3. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), TIAA-CREF is appointed as Lead Plaintiff; and

  4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel.

  IT IS SO ORDERED.

DATED: 5/31/16

              _____
              THE HONORABLE MICHAEL A. SHIPP
              UNITED STATES DISTRICT JUDGE